CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH  LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE  200
DALLAS, TEXAS  75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

July 23, 2015

Ryan Anderson
112 E. Pecan Str.
Suite 777
San Antonio, TX 78205

Georganna Simpson
1349 Empire Central Dr.
Woodview Tower, Suite 600
Dallas, TX 75247

RE:     05-12-00451-CV
        In the Interest of Z.Z.B. and S.M.B., Children

Counsel:

This interlocutory appeal has been abated since May 16, 2012 due to the filing of bankruptcy by appellant Stephen Aaron Bergenholtz.  Since that date, we have had no correspondence regarding the status of the bankruptcy proceedings. The Courts records, however, reflect that since the filing of bankruptcy and abatement of the appeal, the Court has had four other cases filed by Mr. Bergenholtz regarding the same trial court number.  They are as follows:

05-13-01228-CV, In re Stephen Aaron Bergenholtz (Original Mandamus Proceeding)
05-13-00261-CV, In the Interest of S.M.B., A Child
05-14-00732-CV, In re Stephen Aaron Bergenholtz (Original Mandamus Proceeding)
05-14-00745-CV, In the Interest of S.M.B., A Child (Opinion issued July 1, 2015)

Thus, it appears the bankruptcy proceedings which resulted in the abatement of the appeal in cause no. 05-12-00451-CV are closed and the appeal should be reinstated for further disposition.

Therefore, the parties are directed to notify the Court, within **TEN DAYS** of the date of this letter, why the interlocutory appeal in cause no. 05-12-00451-CV should not be reinstated and set for dismissal due to the entry of a final judgment, which was referenced in the appeal in 05-14-00745-CV. Failure to respond will result in this Court reinstating the appeal and dismissing the appeal without further notice.

Sincerely,

/s/     Lisa Matz, Clerk of the Court

cc:    Frank O. Carroll, III, 2800 Post Oak Blvd., 57th Floor, Houston, TX 77056
Stephen Aaron Bergenholtz, P.O. Box 250449, Plano, TX 75025
Howard Shapiro, P.O. Box 861720, Plano, TX 75086-1720

ltr:mrh